B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Forman, Spencer L | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8636 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2137 N. Campbell Ave.<br>Chicago, IL<br>ZIP Code: 60647 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): Forman, Spencer |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Forman, Spencer |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Spencer Forman_____
Signature of Debtor  Spencer Forman

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

April 21, 2011
Date

### Signature of Attorney*

X _/s/ Steven B. Chaiken_____
Signature of Attorney for Debtor(s)

Steven B. Chaiken, Esq. ARDC #6272045
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604

Address

                        Email: http://www.ag-ltd.com
312-435-1050  Fax: 312-435-1059
Telephone Number

April 21, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Spencer Forman                                                              Case No.
                                      Debtor(s)                                     Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   60

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  April 21, 2011                       /s/ Spencer Forman
                                            Spencer Forman
                                            Signature of Debtor

1214 Wolcott, Inc.
2121 N. Campbell Ave.
Office of Building
Chicago, IL 60647


2142 Maplewood Partnership
2121 N. Campbell Ave.
Office of Building
Chicago, IL 60647


Alliance One Receivables Management Inc.
4850 Street Road, Suite 300
Feasterville Trevose, PA 19053


Bank of America, N.A.
135 S. LaSalle St.
Chicago, IL 60603


Bank of America, N.A.
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of Shorewood
700 W. Jefferson Street
Shorewood, IL 60404


Bank of Shorewood
c/o Richard M. Hoffman, Esq.
Cohen, Salk & Huvard, P.C.
630 Dundee Road, Suite 120
Northbrook, IL 60062


Bank of Shorewood
c/o Richard M. Hoffman, Esq.
Cohen Salk & Huvard, P.C.
630 Dundee Road, Suite 120
Northbrook, IL 60062


Capital Management Services L.P.
726 Exchange St., Suite 700
Buffalo, NY 14210


Chase Home Equity
P.O. Box 24785
Columbus, OH 43224-0785

Chase Home Finance LLC
P.O. Box 29505
Phoenix, AZ 85038-9505


Chase Home Finance LLC
P.O. Box 44090
Jacksonville, FL 32231-4090


Children's Memorial Hospital
2300 Children's Plaza
Chicago, IL 60614-3394


Children's Memorial Hospital
P.O. Box 4066
Carol Stream, IL 60197-4066


Citi Cards
4600 Houston Road
Florence, KY 41042


Citi Cards
P.O. Box 183042
Columbus, OH 43218-3042


Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117-6077


City of Chicago
Department of Revenue
121 N. LaSalle St., Room 107
Chicago, IL 60601


Cook County Assessor
County Bldg., Room 320
118 N. Clark St.
Chicago, IL 60602


Daniel Kerstein
407 Weston St.
Valparaiso, IN 46385

Daniel Kerstein
c/o Thomas R. Molitor, Esq.
1133 Scott Avenue
Winnetka, IL 60093


David J. Malter, Esq.
David J. Malter Law Office
30 N. LaSalle Street, Suite 3400
Chicago, IL 60602


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


First Midwest Bank
8501 W. Higgins Road, #1
Chicago, IL 60631


First Midwest Bank
Payment Processing
P.O. Box 9003
Gurnee, IL 60031-9003


Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, GA 30062


Gana Djurica
1257 Evanst Ct.
Davis, CA 95618


Harris & Harris, Ltd.
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654


Harris Bank, N.A.
111 W. Monroe St.
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Dept. of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


Jennifer Ward, Esq.
Revis & Ward, LLC
123 W. Madison St., Suite 950
Chicago, IL 60602


JP Morgan Chase Bank, N.A.
120 S. LaSalle St., 4th Floor
Chicago, IL 60603


JP Morgan Chase Bank, N.A.
P.O. Box 9001123
Louisville, KY 40290


JP Morgan Chase Bank, N.A.
Attn: Linda Allen
AZ1-1004
201 North Central Avenue, Floor 17
Phoenix, AZ 85004


JPMorgan Chase Bank, N.A.
P.O. Box 29550 AZ1-1004
Phoenix, AZ 85038


Julianne Depinto
4085 N. Ringwood Cir.
Hernando, FL 34442


Lee Phillip Forman, Esq.
1301 W. 22nd Street, Suite 603
Oak Brook, IL 60523


LVNV Funding, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

LVNV Funding, LLC
P.O. Box 10497
Greenville, SC 29603


Mary Ann Merikoski, Esq.
Kamerlink, Stark, McCormack & Powers LLC
221 N. LaSalle Street, Suite 1800
Chicago, IL 60601


Michael A. Weiman, Esq.
Weiman & Associates
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602


Michael DePinto
6418 Waring Avenue
Los Angeles, CA 90038


Miodrag Balaban
1257 Evans Ct.
Davis, CA 95618


Northstar Location Services, LLC
Attn: Financial Services Department
4285 Genesee St.
Cheektowaga, NY 14225-1943


Northwestern Medical Faculty Foundation
38693 Eagle Way
Chicago, IL 60678-1378


Northwestern Memorial Hospital
251 E. Huron St.
Chicago, IL 60611


Patricia Forman
2505 N. Racine Avenue
Chicago, IL 60614


Richard Addante
2259 Ashbury Court
Arlington Heights, IL 60004

Robbins, Salomon & Patt, Ltd.
Attn: Robert Rabin, Esq.
25 E. Washington Street, 10th Floor
Chicago, IL 60602


Robert and Elizabeth Caya
1724 W. Sumerdale Ave.
Chicago, IL 60640


Royal Savings Bank
9226 S. Commerical Ave.
Chicago, IL 60617


Sheryl R. Ghezzi, Esq.
Law offices of Sheryl Rae Ghezzi
4433 W. Touhy Avenue, Suite 403
Lincolnwood, IL 60712


Spencer Forman Properties, Inc.
2121 N. Campbell Ave.
Office of Building
Chicago, IL 60647


Stanley Cohen CPA
1107 Greenleaf Avenue, Suite 4H
Wilmette, IL 60091


Trott & Trott
31440 Northwestern Highway, Suite 200
Farmington, MI 48334


U.S. Environmental Protection Agency
Richard L. Nagle - Bankruptcy Contact
US EPA Region 5
Mail Code: C-14J
Chicago, IL 60604


US Bank
800 Moreland Street
Owensboro, KY 42301


Vito Depinto
4085 N. Ringwood Cir.
Hernando, FL 34442